| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:12-CR-29(2) |
| | § | |
| ALVIN NELSON | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and recommendation on the defendant's guilty plea (#72). The magistrate judge recommended that the Court accept defendant's guilty plea and the plea agreement. He further recommended that the Court finally adjudge defendant as guilty on Count One of the Indictment.

The parties have not objected to the magistrate judge's findings. The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (#72) is adopted. The Court further ORDERS that the defendant's guilty plea and the plea agreement are accepted at this time. It is finally ORDERED that defendant, Alvin Nelson, is adjudged guilty on Count One of the Indictment charging violations of Title 21, United States Code, Section 846.

SIGNED at Beaumont, Texas, this 16th day of September, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE